[No. 15638-1-I.   Division One.   December 8, 1986.]

THE CITY OF SEATTLE, *Petitioner,* v. TERESE
MESIANI, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-01108-1, Frank H. Roberts, Jr., J.,
entered October 30, 1984. *Reversed* and *remanded with
instructions* by unpublished opinion per Webster, J., con-
curred in by Ringold, A.C.J., and Swanson, J.

[No. 8085-1-II.   Division Two.   December 8, 1986.]

*In the Matter of the Marriage of* CAROL JOAN
BURMESTER, *Appellant, and* WALTER C.
BURMESTER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 263569, Thomas A. Swayze, Jr., J., entered
August 24, 1984. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Green, J., Alexander, J.,
dissenting.

[No. 8210-1-II.   Division Two.   December 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
L. MOBLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 84-1-00223-2, Frank E. Baker, J., entered
September 26, 1984. *Affirmed as modified* by unpublished
opinion per Pearson, J. Pro Tem., concurred in by Hamil-
ton and Morgan, JJ. Pro Tem.